CHARLES CARREON (CSB# 127139)
1257 Siskiyou Blvd., # 7
Ashland, Oregon 97520
Tel:  520-841-0835
Fax: 520-843-2083
Email: chas@charlescarreon.com

Attorney for Plaintiff Josslyn Motha

ERIC BALL (CSB No. 241327)
eball@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Attorneys for Defendants
Time Warner Cable Inc.,
Time Warner Cable Enterprises LLC,
Time Warner NY Cable LLC,
Charter Communications, Inc., and
Bank of America NA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSSLYN MOTHA, | ) Case No.: 3:16-cv-03585-HSG |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) REGARDING INTERIM DISPOSITION OF |
| vs. | ) DISPUTED INTELLECTUAL PROPERTY |
| | ) AND SCHEDULING |
| TIME WARNER CABLE, INC., TIME WARNER CABLE ENTERPRISES, LLC, TIME WARNER NY CABLE LLC, CHARTER COMMUNICATIONS, INC., AND BANK OF AMERICA NA, | ) ) ) ) ) |
| Defendants. | ) |

PROCEDURAL BACKGROUND

Plaintiff Josslyn Motha has filed a complaint for conversion of patents and related intellectual property against Defendants Time Warner Cable Inc., Time Warner Cable Enterprises LLC, Time Warner NY Cable LLC, Charter Communications, Inc., and Bank of America NA.  Plaintiff alleges that Charter Communications, Inc. is the corporate acquirer of the Time Warner entities, and is named for that reason.  Plaintiff alleges that Bank of America NA is named in its role as titled assignee of the Disputed IP.  The action was filed on June 24, 2016, and all of the named defendants were served no later than July 5, 2016.  Realizing the complexity of the situation from the side of the defendants, plaintiff's counsel provided the defendants with extensions of time that are now reciprocated in the following stipulation.  Further, after meeting and conferring prior to plaintiff's intended filing of a motion for preliminary injunction to restrain further transfer of the Disputed IP, counsel resolved the matter by means of a further stipulation incorporated below.

STIPULATION

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants hereto, and each of them, through their respective counsel of record, as undersigned herein below, as follows:

SCHEDULING

1. Defendants shall have until September 22, 2016 to file responses to the complaint;
2. In the event any or all of the Defendants file motions in response to the Complaint, Plaintiff shall have until October 27, 2016 to respond to said motions, and the Defendants shall have until November 15, 2016 to file any reply to the Plaintiff's response;
3. The parties request that the Initial Case Management Conference in this matter be continued from October 4, 2016 at 2:00 p.m. to November 7, 2016 at 2:00 p.m. or any later date available from the Court;
4. This is the first requested time modification submitted to the Court for approval in this case; and

5. The requested schedule will not have an effect on the trial or discovery schedule for the case because a case schedule has not been proposed by the parties or ordered by the Court.

### INTERIM DISPOSITION OF DISPUTED IP

6. Defendants shall:
    a. not transfer or convey the intellectual properties identified in Exhibit A to the Complaint, or any domestic or foreign patents, patent applications, or patent continuations submitted based on the intellectual properties listed in Exhibit A (the "Disputed IP") prior to judgment in or dismissal of this action without first providing Plaintiff 45-days' notice of the intent to transfer the Disputed IP; and
    b. act in accordance with any order of the Court regarding the disposition of the Disputed IP, including but not limited to any order in connection with any motion filed by Plaintiff for a preliminary injunction.
7. The parties agree that this stipulation will not be used as evidence to support any inference, judgment or finding against any party regarding the Disputed IP.
8. In deciding any motion for preliminary injunction of Plaintiff filed in reliance upon this stipulation, the Court shall find no prejudicial delay on Plaintiff's part in filing the motion based on this stipulation. Defendants, however, reserve their rights regarding any delay alleged to have arisen prior to Plaintiff's filing of her Complaint.
9. The parties shall meet and confer in good faith on or before September 28, 2017 to discuss whether an extension of paragraph 6's notice provision is warranted, and in the event that it is not, the parties shall jointly stipulate to dissolve or amend the stipulation.

Dated: September 19, 2016            CHARLES CARREON
                                     Attorney at Law

                                     By: /s/Charles Carreon
                                     CHARLES CARREON (127139)
                                     Attorney for Plaintiff Josslyn Motha

| | | |
|---|---|---|
| 1 | Dated: September 20, 2016 | FENWICK & WEST, LLP |

By: /s/Eric Ball
ERIC BALL (241327)

Attorneys for Defendants
Time Warner Cable Inc.,
Time Warner Cable Enterprises LLC,
Time Warner NY Cable LLC,
Charter Communications, Inc., and
Bank of America NA

## **ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED as follows:

1. The Case Management Conference is continued to November 8, 2016 at 2:00 p.m.
2. Defendants shall have until September 22, 2016 to file responses to the complaint.
3. Plaintiff shall have until October 27, 2016 to respond to said motions, and the Defendants shall have until November 15, 2016 to file any reply to the Plaintiff's response.
4. The parties will comply with the stipulation regarding the Disputed IP in paragraphs 6-9 of this stipulation.

Dated:  September 21, 2016

*[signature]*
The Honorable Haywood S. Gilliam, Jr.
United State District Judge

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Eric Ball, am the ECF User whose identification and password are being used to file this Stipulation And [Proposed] Order Regarding Interim Disposition of Disputed Intellectual Property and Scheduling.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  September 20, 2016                    FENWICK & WEST, LLP

By: /s/Eric Ball
ERIC BALL (241327)
Attorneys for Defendants
Time Warner Cable Inc.,
Time Warner Cable Enterprises LLC,
Time Warner NY Cable LLC,
Charter Communications, Inc., and
Bank of America NA

STIPULATION REGARDING INTERIM DISPOSITION OF DISPUTED INTELLECTUAL PROPERTY AND SCHEDULING
Page 6 of 6