UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSSLYN MOTHA, | Case No.: 3:16-cv-03585-HSG |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE |
| vs. | |
| TIME WARNER CABLE, INC., TIME WARNER CABLE ENTERPRISES, LLC, TIME WARNER NY CABLE LLC, CHARTER COMMUNICATIONS, INC., AND BANK OF AMERICA NA, | Date: November 8, 2016<br>Time: 2:00 p.m.<br>Court: Courtroom 10, 19th Floor<br>Judge: Hon. Haywood S. Gilliam |
| Defendants. | |

The request of counsel for plaintiff Josslyn Motha, for leave of Court to attend the Case Management Conference scheduled for 2:00 p.m. on November 8, 2016 via telephone, is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: November 3, 2016

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE