UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSSLYN MOTHA, | Case No.: 3:16-cv-03585-HSG |
| Plaintiff, | ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE JOINT STATEMENT OF EARLY MEETING OF COUNSEL |
| vs. | |
| TIME WARNER CABLE, INC., TIME WARNER CABLE ENTERPRISES, LLC, TIME WARNER NY CABLE LLC, CHARTER COMMUNICATIONS, INC., AND BANK OF AMERICA NA, | Date: *Ex Parte* <br> Time: *Ex Parte* <br> Court: Courtroom 10, 19th Floor <br> Judge: Hon. Haywood S. Gilliam |
| Defendants. | |

Plaintiff's unopposed application pursuant to F.R.Civ.P. 6(b) for an order extending the time for the parties to file their Joint Statement of Early Meeting of Counsel by one day, from November 1st to November 2nd, 2016, is GRANTED. The parties shall file the Joint Statement on November 2, 2016.

Dated: November 3, 2016

_____
HAWYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

_____
[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION
FOR EXTENSION OF TIME TO FILE JOINT STATEMENT OF EARLY MEETING OF COUNSEL
Page 1