AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Josslyn Motha

Plaintiff (s),

V.

Time Warner Cable, LLC, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:16-cv-03585-HSG

Notice is hereby given that, subject to approval by the court, __Josslyn Motha__ substitutes
(Party (s) Name)

__Eric J. Sidebotham__, State Bar No. __208829__ as counsel of record in
(Name of New Attorney)

place of __Charles Carreon__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Parr Law Group |
| Address: | 1625 The Alamenda Suite 900 |
| Telephone: | (408) 267-4500    Facsimile (408) 267-4535 |
| E-Mail (Optional): | eric@parrlawgroup.com |

I consent to the above substitution.

Date: 2/28/17

(Signature of Party (s))

I consent to being substituted.

Date: 2/23/17

Charles Carreon
2017.02.23 17:20:56
-07'00'

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/2/17

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/1/2017

Haywood S. Gilliam Jr.
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]