UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSSLYN MOTHA,<br><br>    Plaintiff,<br><br>v.<br><br>TIME WARNER CABLE ENTERPRISES LLC, et al.,<br><br>    Defendants. | Case No. 16-cv-03585-HSG<br><br>**JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Granting Defendants' Motion to Dismiss,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 23rd day of August, 2017.

                      Susan Y. Soong
                      Clerk of Court

                      By: _____
                      Nikki D. Riley
                      Deputy Clerk to the Honorable
                      HAYWOOD S. GILLIAM, JR.